**DISMISS and Opinion Filed October 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00798-CV

**VOICECOM TELECOMMUNICATIONS, LLC, AMVENSYS CAPITAL GROUP, LLC N/K/A LIMELIGHT CAPITAL, LLC AND INTELLIVERSE TELECOM (PVT) LIMITED D/B/A INTELLIVERSE - INDIA, Appellants**

**V.**

**BANC OF AMERICA LEASING & CAPITAL, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14771**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

Appellants' brief is overdue. On September 18, 2019, we directed appellants to file their brief by September 30, 2019. We cautioned appellants that the failure to file a brief by that date would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190798F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VOICECOM TELECOMMUNICATIONS, LLC, AMVENSYS CAPITAL GROUP, LLC N/K/A LIMELIGHT CAPITAL, LLC AND INTELLIVERSE TELECOM (PVT) LIMITED D/B/A INTELLIVERSE - INDIA, Appellants

No. 05-19-00798-CV          V.

BANC OF AMERICA LEASING & CAPITAL, LLC, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-14771.
Opinion delivered by Justice Bridges, Justices Molberg and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Banc of America Leasing & Capital, LLC recover its costs of this appeal from appellants Voicecom Telecommunications, LLC, Amvensys Capital Group, LLC N/K/A Limelight Capital, LLC and Intelliverse Telecom (Pvt) Limited D/B/A Intelliverse - India.

Judgment entered October 30, 2019